# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCS MARKETING,<br>        **Plaintiff,**<br>    v.<br>THE HOMER LAUGHLIN CHINA COMPANY et al.,<br>        **Defendants.** | **CASE NO. SACV 09-0144 DOC (MLGx)**<br><br>**JUDGMENT** |

It is ORDERED AND ADJUDGED as follows:

Pursuant to its Findings of Fact and Conclusions of Law, the Court hereby enters judgment on the merits against Plaintiff DCS Marketing and in favor of Defendant The Homer Laughlin China Company.

As the prevailing party under the California Independent Wholesale Representatives Contractual Relations Act, Defendant Homer Laughlin Company is awarded:

    1.    $429,259.55 for the attorney's fees incurred by Homer Laughlin Company's counsel through trial.

2. $5,499 for the attorney's fees incurred in preparing the Motion for Reasonable Attorney's Fees.

3. $6,851.15 for the costs incurred by Homer Laughlin China Company.

The total amount to be paid by DCS Marketing Inc. is $441,609.70.

IT IS SO ORDERED.

DATED: June 18, 2010

_____
DAVID O. CARTER
United States District Judge

2